# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

STUART A. WESTON,

     Plaintiff,

vs.                           CASE NO. 3:09-cv-466/RS-MD

COASTAL CLINICAL AND
MANAGEMENT SERVICES, INC.,

     Defendant.

_____/

## ORDER

Before me is the Notice of Settlement and Joint Request to Submit

Confidential Settlement Agreement and Release to Court Under Seal (Doc. 32) and

the executed settlement agreement filed under seal.

The Confidential Settlement Agreement and General Release has been

signed by the plaintiff, plaintiff's counsel, and defense counsel. No party has filed

objections. I have reviewed the settlement for fairness. *Lynn's Food Stores, Inc. v.*

*United States*, 679 F.2d 1350, 1353 (11th Cir. 1982).

**IT IS ORDERED:**

1.     The settlement agreement is approved.

2.     The case is dismissed **with prejudice** with the parties to bear their

        respective court costs.

3.    The clerk is directed to close the case file in its entirety for all

      purposes.

**ORDERED** on March 25, 2010.

                        /S/ Richard Smoak
                        **RICHARD SMOAK**
                        **UNITED STATES DISTRICT JUDGE**